UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERZY G. GUTIERREZ, | ) Case No. CV 11-564 GHK (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| RAUL LOPEZ, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE:  __10/2/11__          _____

HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE